UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE PROPERTY AND CASUALTY  )   DOCKET NO.
INITIATIVE, LLC,            )
    Plaintiff,              )   05 10520 RCL
                            )
v.                          )
                            )
UNITED STATES OF AMERICA    )
acting through the NATIONAL )
CREDIT UNION                )
ADMINISTRATION,             )
    Defendant               )

Pursuant to Local Rule 7.3, the Plaintiff, the Property and Casualty Initiative, LLC, hereby identifies all parent corporations and publicly held companies that own 10% or more of the Plaintiff's stock:

None

By its attorneys,

*(signature)*

Richard E. Gentilli
BBO # 189080
Frank F. McGinn
BBO # 564729
Bartlett Hackett Feinberg P.C.
10 High Street, Suite 920
Boston, MA 02110
617/422-0200

Dated: March 18, 2005