# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

THE PROPERTY AND CASUALTY
INITIATIVE, LLC

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA, et al

CASE NUMBER:

05 10520 RCL

TO: (Name and address of Defendant)   Michael J. Sullivan
United States Attorney
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA  02210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
10 High Street, Suite 920
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within __60 (sixty)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                              MAR 18 2005

CLERK                                                           DATE

(By) DEPUTY CLERK