# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR 30 P 12:23

U.S. DISTRICT COURT
DISTRICT OF MASS

THE PROPERTY AND CASUALTY
INITIATIVE, LLC

V.

UNITED STATES OF AMERICA, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 10520 RCL

TO: (Name and address of Defendant)

Layne L. Bumgardner
Regional Director
National Credit Union Administration
Washington Square Extension
9 Washington Square
Albany, NY  12205-5576

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
10 High Street, Suite 920
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within __60 (sixty)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAR 18 2005

CLERK

DATE

(By) DEPUTY CLERK