# UNITED STATES DISTRICT COURT

District of _____MASSACHUSETTS_____

THE PROPERTY AND CASUALTY
INITIATIVE, LLC

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA, et al

CASE NUMBER:

# 05 10520 RCL

TO: (Name and address of Defendant)

Robert D. Roach
National Credit Union Administration
Asset Management and Assistance Center
4807 Spicewood Springs Road, Suite 5100
Austin, TX  78759-8490

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
10 High Street, Suite 920
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within ___60 (sixty)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAR 18 2005

CLERK

DATE

(By) DEPUTY CLERK