# UNITED STATES DISTRICT COURT

District of _____MASSACHUSETTS_____

THE PROPERTY AND CASUALTY
INITIATIVE, LLC
V.

UNITED STATES OF AMERICA, et al

**SUMMONS IN A CIVIL CASE**

FILED
CLERKS OFFICE

2005 APR -8 P 12: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

## 05 10520 RCL

TO: (Name and address of Defendant)

Alberto Gonzalez
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
10 High Street, Suite 920
Boston, MA  02110

an answer to the complaint which is herewith served upon you, within __60 (sixty)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    MAR 18 2005

CLERK                                                 DATE

(By) DEPUTY CLERK