UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE PROPERTY AND CASUALTY INITIATIVE, LLC, <br>     Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA acting through the NATIONAL CREDIT UNION ADMINISTRATION, <br>     Defendant. | C.A. No. 05-10520-RCL |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6).**

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), the defendant, the United States of America, acting through the National Credit Union Administration (collectively, "United States"), hereby submits this motion to dismiss the Amended Complaint of the plaintiff, The Property and Casualty Initiative, for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted.  In support of its motion, the United States files the attached Memorandum of Law.

WHEREFORE, the United States requests that this Court grant its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

                                                      Respectfully submitted,

                                                      UNITED STATES OF AMERICA,
                                                      By its attorney,

|  |  |
|---|---|
|  | MICHAEL J. SULLIVAN<br>United States Attorney |
| Dated: September 21, 2005<br>By: | /s/Gina Walcott-Torres<br>Gina Walcott-Torres<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3369 |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel certifies that she conferred with counsel for the plaintiff during a conference call concerning the relief sought by this motion.

/s/Gina Walcott-Torres
Gina Walcott-Torres
Assistant U.S. Attorney