UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE PROPERTY AND CASUALTY INITIATIVE, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA acting through the NATIONAL CREDIT UNION ADMINISTRATION,<br>　　　Defendant | DOCKET NO. 05-10520-RCL |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

The Plaintiff, The Property and Casualty Initiative, LLC ("PCI"), hereby moves this Court to enter an order extending the time in which PCI must file its Opposition to the Defendant's Motion to Dismiss (the "Motion") up to and including October 20, 2005. As grounds therefor, Plaintiff's counsel received the Motion in the midst of its recent office relocation. Extending the present response deadline of October 5, 2005 by two weeks will afford Plaintiff sufficient time to fully research and brief the various issues raised in the Motion.

The Defendant has assented to the filing of this motion and entry of the relief sought herein.

WHEREFORE, the Plaintiff, The Property and Casualty Initiative, LLC, respectfully requests that this Court extend to October 20, 2005, the deadline for filing an opposition to the Defendant's motion to dismiss.

                         The Property and Casualty Initiative, LLC
                         By its attorneys,

                         /s/ Frank F. McGinn
                         Richard E. Gentilli
                         BBO # 189080
                         Frank F. McGinn
                         BBO # 564729
                         Bartlett Hackett Feinberg P.C.
                         155 Federal Street, 9th Floor
                         Boston, MA 02110
                         617/422-0200

Dated: September 28, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE PROPERTY AND CASUALTY INITIATIVE, LLC,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA acting through the NATIONAL CREDIT UNION ADMINISTRATION,<br>    Defendant | DOCKET NO. 05-10520-RCL |

## CERTIFICATE OF SERVICE

I, Frank F. McGinn, hereby certify that on September 28, 2005, true and correct copies of Plaintiff's Motion for Extension of Time in Which to File its Opposition to Defendant's Motion to Dismiss were served on the individuals listed on the attached Service List, electronically or by first class mail.

Frank F. McGinn, BBO#564729
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110

**The Property and Casualty Initiative, LLC v. United States of America**
**Case No. 05-10520-RCL**

**Service List**

Gina Y. Walcott-Torres, Esq.
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210

Michael S. D'Orsi, Esq.
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108