```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
THE PROPERTY AND CASUALTY,    )
INITIATIVE, LLC,              )
                              )
     Plaintiff,               )
                              )   C.A. No. 05-10520-RCL
v.                            )
                              )
UNITED STATES OF AMERICA,     )
                              )
     Defendant.               )
_____)
```

### SUBSTITUTION OF APPEARANCE

To the Clerk:

Please enter my appearance in the above-captioned case as counsel for the Defendant, United States of America, in substitution for Assistant United States Attorney Gina Walcott-Torres.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

By: /s/ Rayford A. Farquhar
     Rayford A. Farquhar
     Assistant U.S. Attorney
     John J. Moakley U.S. Courthouse
     1 Courthouse Way, Suite 9200
     Boston, MA  02210
     (617) 748-3100

Dated: January 4, 2006

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was served upon Plaintiff, through its counsel Frank F. McGinn, Bartlett Hackett Feinberg PC, 155 Federal Street, 9th Floor, Boston, MA 02110.

                                  /s/ Rayford A. Farquhar
                                  Rayford A. Farquhar
                                  Assistant U.S. Attorney