UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE PROPERTY AND CASUALTY INITIATIVE, LLC,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA acting through the NATIONAL CREDIT UNION ADMINISTRATION,<br>    Defendant | DOCKET NO. 05-10520-RCL |

**AGENDA**

The Plaintiff, The Property and Casualty Initiative, LLC ("PCI") and the Defendant, United States of America acting through the National Credit Union Administration ("NCUA"), through their counsel, hereby submit the following Agenda for the Scheduling Conference set for April 5, 2006, at 2:30 p.m.

1. Establish a deadline for filing amended pleadings to conform to the events following the commencement of the case.

2. Establish a discovery schedule.

3. Establish a schedule for dispositive motions.

4. Set dates for the final pretrial conference and trial.

5. Address the issue of possible trial before a Magistrate Judge.

6. Explore Alternate Dispute resolution

7. Explore settlement options..

| | |
|---|---|
| The Property and Casualty Initiative, LLC<br>By its attorneys, | UNITED STATES OF AMERICA,<br>By its attorneys,<br>MICHAEL J. SULLIVAN,<br>United States Attorney |
| /s/ Richard E. Gentilli<br>Richard E. Gentilli (BBO # 189080)<br>Frank F. McGinn (BBO # 564729)<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110<br>617/422-0200 | By:  /s/ Rayford A. Farquhar<br>Rayford A. Farquhar,<br>Assistant U.S. Attorney<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100 |