UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE PROPERTY AND CASUALTY ) <br> INITIATIVE, LLC, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA ) <br> acting through the NATIONAL CREDIT ) <br> UNION ADMINISTRATION, ) <br>     Defendant ) | DOCKET NO. 05-10520-RCL |

### CERTIFICATION OF PLAINTIFF THE PROPERTY AND CASUALTY INITIATIVE, LLC AND COUNSEL

The undersigned Plaintiff, The Property and Casualty Initiative, LLC, and its counsel Richard E. Gentilli of Bartlett Hackett Feinberg P.C. hereby certify that they have conferred with respect to the following matters:

1) Establishing a budget for the costs of conducting the full course and various alternative courses of the litigation contemplated by this action; and

2) Considering the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

The Property and Casualty Initiative, LLC
By:

_____
Stacey Parks Townsend, President

_____
Richard E. Gentilli
BBO #189080
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
617/422-0200