UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THE PROPERTY AND CASUALTY )
INITIATIVE, LLC. )
 )
    Plaintiff, )
 )
       v. )            Civil Action No.
 )            05-10520-RCL
UNITED STATES OF AMERICA, )
acting through the NATIONAL )
CREDIT UNION ADMINISTRATION, )
 )
    Defendant. )
 )

## DEFENDANT'S CERTIFICATION OF COMPLIANCE
## WITH LOCAL RULE 16.1(D)(3)

The Defendant, United States of America, by and through its
counsel certify, pursuant to Local Rule 16.1(D)(3), that they
have conferred on the following:

1. establishing a budget for the costs of conducting the
full course, and various alternatives, of this litigation; and,

2. to consider the resolution of litigation through the use
of alternative dispute resolution programs such as those outlined
in Local Rule 16.4.

                    UNITED STATES OF AMERICA,

                    By its Attorney,

                    MICHAEL J. SULLIVAN
                    UNITED STATES ATTORNEY


John K. Ianno
Senior Trial Attorney            Rayford A. Farquhar
National Credit Union            Assistant U.S. Attorney
Administration                   1 Courthouse Way, Suite 9200
                                 Boston, MA  02210
Dated: March 29, 2006

## CERTIFICATE OF SERVICE

Suffolk,  ss.                          Boston, Massachusetts
                                       March 29, 2006

      I, Rayford A. Farquhar, Assistant U.S. Attorney, do hereby
certify that I have served a copy of the foregoing upon counsel
of record, Richard E. Gentilli, Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor, Boston, MA 02110, electronically.


                              Rayford A. Farquhar
                              Assistant U.S. Attorney

2