## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

THE PROPERTY AND CASUALTY
INITIATIVE, LLC,

        Plaintiff,

                                            CIVIL NO. 05-10520-RCL

UNITED STATES,

        Defendant,

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE LINDSAY

HILLMAN, M.J.

On   April 10, 2006   I held the following ADR proceeding:

\_\_\_\_ EARLY NEUTRAL EVALUATION     X    MEDIATION
\_\_\_\_ MINI-TRIAL                                                   \_\_\_\_ SUMMARY JURY TRIAL
\_\_\_\_ SETTLEMENT CONFERENCE

The parties were present in person or by an authorized corporate officer.

The case was:

( X )   Settled. Your clerk should enter a   60   day order of dismissal.
( )     There was progress. A further conference has been scheduled for _____.
        unless the case is reported settled prior to that date.
( )     Further efforts to settle this case at this time are, in my judgment, unlikely to be
        productive. This case should be restored to your trial list.


April 10, 2006                                  /s/ Timothy S. Hillman
Date                                             TIMOTHY S. HILLMAN
                                                   UNITED STATES MAGISTRATE JUDGE